**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CITY OF DETROIT,

    Plaintiff,

vs.                                      Case No. 13-12987
                                          Hon. Lawrence P. Zatkoff

SYNCORA GUARANTEE INC.;
U.S. BANK, N.A.; MGM GRAND
DETROIT, LLC; DETROIT ENTERTAINMENT,
LLC d/b/a MOTOR CITY CASINO HOTEL; and
GREEKTOWN CASINO, LLC

    Defendants.
_____/

**DISMISSAL OF ORDER TO SHOW CAUSE**

On July 22, 2013, the Court issued an Order to Show Cause to Plaintiff ordering Plaintiff to explain to the Court why the Court does or does not have subject matter jurisdiction over Plaintiff's cause of action. In addition, the Court permitted all Defendants to this cause of action to file its position regarding whether this Court does or does not have subject matter jurisdiction over Plaintiff's cause of action. Plaintiff and Defendants Syncora Guarantee Inc., MGM Grand Detroit, LLC, Detroit Entertainment, LLC, and Greektown Casino, LLC filed timely responses.

After reviewing the parties' responses to the Order to Show Cause, together with applicable law, the Court concludes that it has subject matter jurisdiction over Plaintiff's cause of action.

Accordingly, the Court's July 22, 2013, Order to Show Cause is dismissed.

    IT IS SO ORDERED.

|  |  |
|---|---|
|  | S/Lawrence P. Zatkoff |
|  | LAWRENCE P. ZATKOFF |
| Dated: August 8, 2013 | UNITED STATES DISTRICT JUDGE |